```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 07475
    JOHN J MELVIN
    DOREEN I MELVIN                           CHAPTER 13

                                              JUDGE: JACQUELINE P COX
            Debtor
    SSN XXX-XX-6630     SSN XXX-XX-8780

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 03/28/2008 and was not confirmed.

        The case was dismissed without confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    NOTICE ONLY      NOT FILED          .00           .00
ACCOUNTS RECOVERY BUREAU  UNSECURED        NOT FILED          .00           .00
CS BOND                   UNSECURED        NOT FILED          .00           .00
FINGERHUT                 UNSECURED        NOT FILED          .00           .00
PREMIER BANKCARD          UNSECURED           420.63          .00           .00
GE MONEY BANK             UNSECURED        NOT FILED          .00           .00
HOUSEHOLD BANK            UNSECURED        NOT FILED          .00           .00
LAKE IMAGING LLC          UNSECURED        NOT FILED          .00           .00
LAKE IMAGING LLC          UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00           .00
ST MARGARET MERCY HEALTH  UNSECURED        NOT FILED          .00           .00
STEINMUELLER DENTAL       UNSECURED        NOT FILED          .00           .00
TRIBUTE MASTERCARD        UNSECURED        NOT FILED          .00           .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00          .00           .00
CHASE HOME FINANCE LLC    SECURED          35800.00           .00           .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE     4200.00           .00           .00
ERIK A MARTIN & ASSOC     ATTORNEY               .00          .00           .00
GE MONEY BANK             UNSECURED          1766.00          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                            ---------------   ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 07475 JOHN J MELVIN & DOREEN I MELVIN
```

```
TOTALS                                          .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/24/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |